IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LINDA TUNNELL                                                                      PLAINTIFF

v.                                         Case No. 6:20-cv-6111

LT. LINGO                                                                          DEFENDANT

## ORDER

      Before the Court is the Report and Recommendation filed February 4, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. ECF No. 8.  Judge Ford recommends that Plaintiff's complaint be dismissed for failure to obey orders of the Court, failure to comply with the Court's Local Rules, and failure to prosecute this case.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation *in toto*.  Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 4th day of March, 2021.

      /s/ Susan O. Hickey
      Susan O. Hickey
      Chief United States District Judge